FILED
July 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. Mag 05-0157 KJM
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
Thomas M. Klassy, )
)
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Thomas M. Klassy Case No. Mag 05-0157 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ $25,000 Unsecured Appearance Bond cosigned by deft's sister

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 6, 2005 at 2:56 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge